1012

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ALBERT FULLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01692-2, Robert A. Lewis, J., entered January 10, 2006. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt and Penoyar, JJ.

*In the Matter of the Parentage of* S.E.C.
VIRGIL A. HATHAWAY, *Appellant*, v. THEODORE DOYAL, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-5-00578-3, Kitty-Ann van Doorninck, J., entered January 24, 2006. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Armstrong, J.

THE STATE OF WASHINGTON, *Respondent*, v. CHARRITA CHANAYE NOBLE, *Appellant*.

*In the Matter of the Personal Restraint of* CHARRITA CHANAYE NOBLE, *Petitioner*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01967-1, Jay B. Roof, J., entered February 10, 2006, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Van Deren, J.